# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 19-432 PSG (SHKx) | Date | April 22, 2019 |
| Title | Luis Licea v. Makeup Eraser LLC | | |

Present: The Honorable **Philip S. Gutierrez, United States District Judge**

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**     **Order REMANDING the case**

Before the Court is Luis Licea's motion to remand ("Plaintiff"). *See* Dkt. # 7 ("*Mot.*"). Defendant Makeup Eraser LLC ("Defendant") has not filed a timely opposition to this motion. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the moving papers, the Court **GRANTS** the motion and remands the case.

I.     Discussion

Defendant removed this case from San Bernardino Superior Court, alleging federal jurisdiction on the basis of diversity. *See Notice of Removal*, Dkt. # 1 ("*NOR*"), ¶¶ 10–27. Plaintiff then filed the current motion to remand, arguing that the Court lacks subject matter jurisdiction because the amount in controversy requirement is not met. *See Mot.*; 28 U.S.C. § 1332(a) (providing that the federal courts can only exercise diversity jurisdiction when the amount in controversy exceeds $75,000). The motion appears to be well-founded, because the complaint on its face limits the amount in controversy to $74,999. *See Complaint*, Dkt. # 1-1, at 13 ("Plaintiff expressly limits the total amount of recovery, including statutory damages, attorneys' fees and costs, and cost of injunctive relief not to exceed $74,999.").

Plaintiff's motion was set for hearing on May 6, 2019. Under the Court's local rules, Defendant's brief in opposition was due no later than April 15, 2019. *See* L.R. 7-9. That date has passed, and no opposition has been filed. The lack of opposition may be attributable to the fact that Plaintiff filed a notice of settlement on March 29, 2019. *See* Dkt. # 14. However, Plaintiff has not withdrawn his motion to remand, and in any event, the Court concludes that the case cannot remain in federal court pending finalization of the settlement because it is clear from

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 19-432 PSG (SHKx) | Date | April 22, 2019 |
|---|---|---|---|
| Title | Luis Licea v. Makeup Eraser LLC | | |

the face of the complaint that there is no federal jurisdiction. Accordingly, the Court **GRANTS** Plaintiff's motion to remand.

II. Conclusion

For the foregoing reasons, the Court **GRANTS** Plaintiff's motion to remand. The case is **REMANDED** to San Bernardino Superior Court, No. CIVDS1901561. This order closes the case.

**IT IS SO ORDERED**.